703 F.2d 981
 UNITED STATES of America, Plaintiff-Appellee,
v.
James M. ALLEN, Leonard Ray Blanton, Clyde Edward Hood, Jr.,
Defendants-Appellants.
 Nos. 81-5643 to 81-5645.
 United States Court of Appeals,
Sixth Circuit.
 April 7, 1983.
 
 Appeal from Middle District of Tennessee, Nash. Div., at Nashville; Bailey Brown, Chief Judge.
 
 
 1
 John S. McLellan, John S. McLellan, III, Kingsport, Tenn., Neal P. Rutledge, Washington, D.C., William R. Willis, Jr., Robert L. Delaney, Alfred Knight, Tyree B. Harris, Dodson, Harris, Robinson & Aden, Nashville, Tenn., for defendants-appellants.
 
 
 2
 Joe B. Brown, U.S. Atty., Aleta Arthur, John Philip Williams, Nashville, Tenn., for plaintiff-appellee.
 
 ORDER
 
 3
 A majority of the Judges of this Court in regular service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this Court, to stay the mandate and to restore the case on the docket as a pending appeal.
 
 
 4
 Accordingly, it is ORDERED that the previous decision and judgment of this Court, 700 F.2d 298, is vacated, issuance of the mandate is stayed and this case is restored to the docket as a pending appeal. The Clerk will direct the parties concerning the filing of supplemental briefs.